# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 21-mj-00018-KLM |
| Ethan Jeffrey Collins | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of January 28, 2021, in the county of Arapahoe, in the District of Colorado, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 26 U.S.C. §§ 5861(d), 5871 | Unlawful possession of firearm silencers |
| 26 U.S.C. §§ 5861(f), 5871 | Unlawful manufacture of firearm silencers |
| 26 U.S.C. §§ 5861(i), 5871 | Possession of firearm silencers without a serial number |

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

/s W. Brian Schmitt
*Complainant's signature*

Special Agent W. Brian Schmitt
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **02 Feb 2021**

City and state: Denver, Colorado

Kristen L. Mix
*Judge's signature*

United States Magistrate Judge
*Printed name and title*