DEFENDANT: Ethan Jeffrey Collins

YOB:  1991

ADDRESS (CITY/STATE):  Centennial, CO

OFFENSE(S):  26 U.S.C. §§ 5861(d), 5871   Unlawful possession of firearm silencers
26 U.S.C. §§ 5861(f), 5871    Unlawful manufacture of firearm silencers
26 U.S.C. §§ 5861(i), 5871    Possession of firearm silencers without a serial number

LOCATION OF OFFENSE (COUNTY/STATE): Arapahoe County, CO

PENALTY:   Counts 1-3: NMT 10 years imprisonment, fine of NMT $10,000, or both; not more than 3 years SR; $100 SA

AGENT:       FBI SA W. Brian Schmitt

AUTHORIZED BY:  Andrea Surratt
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

   X    five days or less         over five days

THE GOVERNMENT

   x    will seek detention in this case based on 18 U.S.C. § 3142(f)(1))

The statutory presumption of detention IS NOT applicable to this defendant.