AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) Case No. | 21-mj-00018-KLM |
| Ethan Jeffrey Collins | ) | |
| *Defendant* | | |

## ARREST WARRANT

TO:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay Ethan Jeffrey Collins, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

26 U.S.C. §§ 5861(d), 5871     Unlawful possession of firearm silencers
26 U.S.C. §§ 5861(f), 5871     Unlawful manufacture of firearm silencers
26 U.S.C. §§ 5861(i), 5871     Possession of firearm silencers without a serial number

Date: **02 Feb 2021**

*Issuing officer's signature*

Kristen L. Mix
United States Magistrate Judge
*Printed name and title*

City and state:   Denver, Colorado

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*