| | |
|---|---|
| DEFENDANT: | Ethan Collins |
| AGE/YOB: | 1991 |
| COMPLAINT FILED? | __X__ Yes   _____ No |
| | If Yes, MAGISTRATE CASE NUMBER __ 21-mj-18-KLM __ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | _X_ Yes   __ No |
| | If No, a new warrant is required |
| OFFENSE(S): | Counts 1-3:  26 U.S.C. §§ 5841, 5861(d), and 5871 (Possessing an Unregistered Firearm – Silencers) |
| | Counts 4-6:  26 U.S.C. §§ 5841, 5861(i), and 5871 (Possessing silencers without serial numbers) |
| LOCATION OF OFFENSE: | Arapahoe County, Colorado |
| PENALTY: | Counts 1-6:  NMT 10 years' imprisonment, NMT $10,000 fine or both; NMT 3 years supervised release; $100 Special Assessment. |
| AGENT: | W. Brian Schmitt<br>Special Agent, FBI |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)(E).

The statutory presumption of detention is not applicable to this defendant.