IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.:  21-cr-00053-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     ETHAN COLLINS,

       Defendant.

---

## STAY ORDER

---

This matter is before the Court on the Government's Emergency Motion for Stay and Review of Release Order. [Dkt #6]. On February 2, 2021, U.S. Magistrate Judge Kristen L Mix signed a criminal complaint that charged the defendant with violating 18 U.S.C. §§ 5861(d) (unlawful possession of silencers), (f) (unlawful manufacture of silencers), and (i) (possession of silencers without a serial number).  [Dkt #1].  On February 17, 2021, the defendant was indicted in the District of Colorado in six counts. [Dkt #4].  Counts One through Three charge him with unlawful possession of silencers, in violation of 18 U.S.C. § 5861(d) and Counts Four through Six charge him with unlawful possession of silencers without serial numbers, in violation of 18 U.S.C. § 5861(i). [Dkt #4].

The defendant was arrested in the District of Utah on February 8, 2021 and had his initial appearance there on February 18, 2021.   [D. Utah docket 2:21-00088M-001]. On the afternoon of February 18, 2021, a magistrate judge in the District of Utah

ordered that the defendant be released with conditions. The defendant is scheduled to be released on Friday, February 19, 2021.

The Government seeks a stay from this Court in order to conduct a detention hearing pursuant to 18 U.S.C. § 3145(a)(1) before the defendant is released. [Dkt #6]. In its Motion, the Government proffers information in its motion that it intends to raise at the detention hearing.

Pursuant to 18 U.S.C. § 3145(a)(1), this Court has "original jurisdiction over the offense" and therefore the Government's motion for revocation of the magistrate judge's order is properly before this Court as opposed to a judge in the District of Utah. *See United States v. Cisneros*, 328 F.3d 610, 615 (10th Cir. 2003) (motion for review of a release order "should be considered and ruled upon . . . by a district judge in the court of original jurisdiction").

Upon review of the Government's proffer, the Court finds that the Government has demonstrated good cause to stay the February 19, 2021 order of the District of Utah magistrate judge's order releasing the defendant on bond. It is therefore

**ORDERED** that the government's Emergency Motion for Stay and Review of Release Order is **GRANTED**. It is further

**ORDERED** that the June 17, 2020 the order releasing ETHAN COLLINS by the magistrate judge in the District of Utah in docket number 2:21-00088M-001 is **STAYED** until further order of the Court. It is further

**ORDERED** that the government shall notify the Court when the Defendant has arrived in the District of Colorado and arrange for his prompt appearance before a judicial officer so that counsel is appointed in this district. It is further

**ORDERED** that the parties shall thereupon promptly contact chambers to set a detention hearing.

Dated February 19, 2021, at 8:30 a.m.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge