IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.: 21-cr-53-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     ETHAN COLLINS,

      Defendant.

---

## MOTION TO UNRESTRICT/UNSEAL

The United States of America, by and through Assistant United States Attorney Andrea Surratt, respectfully moves this Court for an order unsealing the above-captioned matter and all related documents to include the Indictment and Arrest Warrant.

WHEREFORE, the United States respectfully requests the Court unseal this matter and all related documents.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

By: *s/ Andrea Surratt*
Andrea Surratt
Assistant U.S. Attorney
(303) 454-0100
Andrea.Surratt@usdoj.gov