IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.: 21-cr-53-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    ETHAN COLLINS,

        Defendant.

---

**ORDER TO UNRESTRICT/UNSEAL**

---

Upon the motion of the United States of America, it is ORDERED that the Clerk of the Court unseal the above-captioned matter and all related documents.

Dated February 19, 2021.

                              BY THE COURT:

                              _____
                              HON. RAYMOND P. MOORE
                              UNITED STATES DISTRICT JUDGE