**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No.  21-cr-00053-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ETHAN COLLINS,

    Defendant.

___

**ORDER TO UNRESTRICT/UNSEAL**
___

    Upon the motion of the United States of America (ECF No. 9), it is ORDERED that the Clerk of the Court unseal the above-captioned matter and all related documents.

    DATED this 16th day of March, 2021.

                                    BY THE COURT:

                                    *[signature]*

                                    RAYMOND P. MOORE
                                    United States District Judge