IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00053-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ETHAN COLLINS,

        Defendant.

## UNOPPOSED MOTION FOR APPOINTMENT OF COUNSEL

The defendant, Ethan Collins ("Mr. Collins"), through undersigned counsel, David Kraut, respectfully moves for the appointment of counsel to represent him in the above-captioned action. Mr. Collins is detained without bail in the District of Utah because this Court granted the government's motion to stay the U.S. Magistrate's release order in D. Utah 21-mj-88-CMR. The motion and order to stay were filed in this district. ECF 6, 7.[1] Although subject matter jurisdiction is in the District of Colorado, he has no lawyer to represent his interests here. Counsel for the government does not oppose this motion.

### FACTUAL BACKGROUND

On February 8, 2021, Mr. Collins was arrested in Utah on a warrant based on the charges in the indictment in this case. ECF 6 at 2. On February 18, 2021, he appeared before U.S. Magistrate Judge Romero in the District of Utah, Central Division. D. Utah ECF 4. Mr. Collins

---

[1] References to District of Colorado docket entries for this case will be identified by "ECF". References to District of Utah docket entries will be identified by "D. Utah ECF."

submitted a CJA 23 financial affidavit and Magistrate Romero appointed a Federal Public Defender to represent him. D. Utah ECF 5. On February 18, Magistrate Romero reviewed a pretrial report prepared in the District of Utah, held a detention hearing, and ordered Mr. Collins' release on conditions. D. Utah ECF 3, 6, 7.

That evening, government counsel in Colorado moved to stay the release order. ECF 6. The following day, February 19, 2021, this Court granted the stay. ECF 7. Hours later, Magistrate Judge Romero ordered that Mr. Collins remain in custody pending transfer to the District of Colorado. D. Utah ECF 10.  However, Magistrate Romero did not issue an order committing Mr. Collins to the District of Colorado until March 8, 2021. D. Utah ECF 14. In the March 8 commitment order, Magistrate Judge Romero directed the United States Marshal Service "to take custody of [Mr. Collins] and to transport [him] with a certified copy of this commitment forthwith to the [District of Colorado]." *Id*.

## REQUEST FOR APPOINTMENT OF COUNSEL

This order leaves Mr. Collins detained until he arrives in this district, however long that may take. Mr. Collins, although appointed counsel in the District of Utah, is unrepresented in this district, and has no present ability to oppose the government's motion to review[2] Magistrate Judge Romero's release order.  Mr. Collins requires appointment of counsel in this district to investigate, prepare, and file a reply to the government's motion.

---

[2] Though the government's motion seeks "a review of the defendant's release conditions" and asks this Court to "set a hearing on the issue of detention in the District of Colorado," the content of the motion suggests the government is seeking or will seek to revoke the release order. ECF 6.

Based on the previous determination of eligibility for appointment of counsel by Magistrate Judge Romero, and without government opposition, undersigned counsel respectfully moves the Court to appoint counsel for Mr. Collins in this matter at this time.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:     (303) 294-7002
FAX:              (303) 294-1192
Email:            David_Kraut@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I filed the foregoing **UNOPPOSED MOTION FOR APPOINTMENT OF COUNSEL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Andrea Surratt, Assistant United States Attorney
E-mail:  andrea.surratt@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Ethan Collins (via U.S. mail)

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Attorney for Defendant