IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00053-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ETHAN JEFFREY COLLINS,
    *a/k/a Ethan Collins,*

       Defendant.

---

## NOTICE OF APPEARANCE

---

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

                      Respectfully submitted,

                      VIRGINIA L. GRADY
                      Federal Public Defender

                      *s/ David Kraut*
                      DAVID KRAUT
                      Assistant Federal Public Defender
                      633 17th Street, Suite 1000
                      Denver, CO  80202
                      Telephone:   (303) 294-7002
                      FAX:          (303) 294-1192
                      Email:        David_Kraut@fd.org
                      Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 22, 2021, I filed the foregoing ***Notice of Appearance*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Andrea Lee Surratt, Assistant United States Attorney
E-mail:  andrea.surratt@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Ethan Collins (via U.S. mail)

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: David_Kraut@fd.org
Attorney for Defendant

2