IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00053-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     ETHAN COLLINS

      Defendant.

## GOVERNMENT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER

      The United States of America moves this Court pursuant to Fed. R. Crim. P. Rule 16(d)(1), for a protective order pertaining to a subset of discovery in the above-captioned case.

      1.     The defendant is charged in indictment 21-cr-00053-RM with six counts related to his possession of unregistered silencers and silencers without a serial number, in violation of Title 26, United States Code, Sections 5161(d) and (i).

      2.     The Government has begun producing discovery in the case to counsel for the defendant.  In the already-produced discovery, the Government supplied reports produced by the FBI that memorized interviews of civilian witnesses in this case.  The Government redacted the names, identifying biographical information, and contact information of those witnesses for their privacy and protection.  Counsel requested that

the Government produce unredacted versions of those reports and offered to consent to a protective order governing those documents.

3. The Government has agreed to provide un-redacted copies of agent reports containing witness names to counsel for the defendant, subject to a protective order.

4. Accordingly, the Government requests that a protective order be entered that stipulates that:

a.) the discovery materials described in Paragraph 3 (the "Protected Materials") may be used only in this case and for no other purpose, without further order from this court;

b.) the Protected Materials shall not be provided to the defendant, but counsel for the defendant may orally disclose the witness names to the defendant and fully discuss the contents of the Protected Materials with the defendant; and

c.) the Protective Materials may be shared with staff for counsel for the defendant, defense investigators, and/or experts retained for purposes of assisting with the defense in this case.

5. Such an order would expedite the production of complete documents and afford counsel the ability to more promptly investigate and prepare a defense without limitations on the information provided beyond what is set forth in the order.

Wherefore, the Government requests that this Court enter a protective order as described herein.

Respectfully submitted this 8th day of April, 2021.

> MATTHEW T. KIRSCH
> Acting United States Attorney
>
> By: *s/ Andrea Surratt*
> ANDREA SURRATT
> Assistant United States Attorney
> 1801 California St. Suite 1600
> Denver, CO 80202
> Telephone 303-454-0100
> Email: andrea.surratt@usdoj.gov
> Attorney for the Government