**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Criminal Case No.  21-cr-00053-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     ETHAN COLLINS

      Defendant.

---

## PROTECTIVE ORDER

---

THIS MATTER, coming before the Court upon motion of the Government for a protective order (the "Motion") (ECF No. 14).

IT IS HEREBY ORDERED that:

Because the materials listed in the Motion contain sensitive identifying information (the "Protected Materials"), such disclosure shall be pursuant to the following conditions:

      a.)    the Protected Materials produced by the Government may be used only in this case and for no other purpose without further order from this court;

      b.)    counsel for the defendant shall not provide the Protected Materials to the defendant, but counsel for the defendant may orally disclose the witness names to the defendant and fully discuss the contents of the Protected Materials with the defendant; and

c.)     the Protective Materials may be shared with staff for counsel for the defendant, defense investigators, and/or experts retained for purposes of assisting with the defense in this case.

DATED this 8th day of April, 2021.

BY THE COURT:

_____

RAYMOND P. MOORE
United States District Judge