**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.: 21-cr-00053-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    ETHAN COLLINS,

      Defendant.

---

**GOVERNMENT'S UNOPPOSED MOTION TO RESTRICT**

---

      United States of America, by and through Assistant United States Attorney Andrea Surratt, respectfully moves to restrict at Level 2 the documents at Docket #21, any order revealing the contents of these documents, and the brief filed in support of this motion at Docket #22, for the reasons stated in the brief filed in support of this motion.

      Dated this 16th day of April, 2021.

                         Respectfully submitted,

                         MATTHEW T. KIRSCH
                         ACTING UNITED STATES ATTORNEY

              By:    *s/ Andrea Surratt*
                     Assistant United States Attorney
                     U.S. Attorney's Office
                     1801 California Street, Suite1600
                     Denver, CO. 80202
                     Telephone (303) 454-0100
                     Email: Andrea.Surratt@usdoj.gov
                     Attorney for the Government