# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Bernique Abiakam | Date:  April 28, 2021 |
| Court Reporter:  Mary George | Interpreter:  n/a |
| Probation:  Angela Ledesma | |

**CASE NO.   21-cr-00053-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Andrea L. Surratt |
| Plaintiff, | |
| v. | |
| 1.  ETHAN JEFFREY COLLINS, | David A. Kraut |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING – DETENTION**
**COURT IN SESSION: 1:04 p.m.**

Appearances of counsel.   Defendant is present and in custody.

Preliminary remarks by the Court.

Discussion held regarding Defendant's motion (Doc. 15) and Government's motion (Doc. 21).

Document tendered to the Court marked as Exhibit 11, to be filed under CM/ECF Doc. No. 21.

**3:25 p.m.      Court in recess.**

**3:39 p.m.      Court in session.**

Comments and rulings by the Court.

**ORDERED:**  Government's motion (Doc. 21) is GRANTED as stated on the record.

**ORDERED:**  Defendant's motion (Doc. 15) is effectively DENIED as stated on the record.

**ORDERED:**  Defendant remanded to the custody of the U.S. Marshal Service.

**COURT IN RECESS: 3:53 p.m.**
**Total in court time:        02:35**
**Hearing concluded**