IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00053-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ETHAN JEFFREY COLLINS,
       *a/k/a Ethan Collins,*

        Defendant.

## UNOPPOSED MOTION TO EXTEND MOTIONS AND RESPONSE DEADLINES

The defendant, Ethan Jeffrey Collins ("Mr. Collins"), by and through undersigned counsel, David Kraut, hereby respectfully moves the Court to extend the motions and response filing deadlines by two weeks, until October 15, 2021 and October 29, 2021, respectively. The government does not oppose this motion. Mr. Collins does not seek to change the Trial Preparation Conference scheduled for November 22, 2021 or the Trial, scheduled to begin November 29, 2021. As grounds, Mr. Collins states:

Mr. Collins incorporates herein all factual and procedural background information set forth in his Motion to Exclude 90 Days From the Requirements of the Speedy Trial Act (ECF 41) and Motion to Exclude 60 Days From the Requirements of the Speedy Trial Act (ECF 43).

The day after the Court granted Mr. Collins' second Motion to Exclude (*see* ECF 44), Mr. Collins moved for a subpoena duces tecum ("SDT") seeking material from Customs and Border Protection. ECF 45. The Court granted that motion and issued the SDT on July 29, 2021. ECF 46. The parties had conferred regarding the requested material before Mr. Collins obtained the SDT

and have continued to confer regarding this material since that date. On September 27, 2021, the government informed defense counsel that Customs and Border Protection intends to file a motion to quash the SDT. Although the return date on the SDT was September 6, 2021, counsel has not yet received the subpoenaed materials.

As noted in his motion for the SDT, Mr. Collins requires this information, in part, to determine whether to file motions in this case, and if so, the arguments to present. Without this information, counsel has been unable to make this determination. Counsel seeks a two-week extension of the motions filing deadline in order to determine (1) whether the SDT will be quashed, and (2) if not, whether to file motions after reviewing the responsive material. Mr. Collins seeks an identical extension of the response filing deadline. The government does not oppose these requests.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        *s/ David Kraut*
        DAVID KRAUT
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:     (303) 294-7002
        FAX:             (303) 294-1192
        Email:           David_Kraut@fd.org
        Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on October 1, 2021, I filed the foregoing **UNOPPOSED MOTION TO EXTEND MOTIONS AND RESPONSE DEADLINES** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Andrea Lee Surratt, Assistant United States Attorney
    E-mail:  andrea.surratt@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Ethan Collins (via U.S. mail)

    *s/ David Kraut*
    DAVID KRAUT
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:    (303) 294-7002
    FAX:    (303) 294-1192
    Email:    David_Kraut@fd.org
    Attorney for Defendant