IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00053-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ETHAN JEFFREY COLLINS,
    *a/k/a Ethan Collins,*

        Defendant.

## NOTICE OF DISPOSITION

The defendant, Ethan Jeffrey Collins ("Mr. Collins"), by and through undersigned counsel, David Kraut, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        *s/ David Kraut*
        DAVID KRAUT
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:    (303) 294-7002
        FAX:    (303) 294-1192
        Email:    David_Kraut@fd.org
        Attorney for Defendant

CERTIFICATE OF SERVICE

    I hereby certify that on October 12, 2021, I filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Andrea Lee Surratt, Assistant United States Attorney
    E-mail:  andrea.surratt@usdoj.gov

    I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Ethan Collins (via U.S. mail)

    *s/ David Kraut*
    DAVID KRAUT
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  David_Kraut@fd.org
    Attorney for Defendant