**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 21-cr-00053-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    ETHAN COLLINS,

      Defendant.

---

### ORDER SETTING CHANGE OF PLEA HEARING
---

Pursuant to the Notice of Disposition filed on October 12, 2021 (ECF No. 49). A Change of Plea Hearing is set for **November 23, 2021** at **3:00 p.m. Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 72 hours before the change of plea hearing**. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **November 22, 2021**, and the five-day jury trial scheduled for **November 29, 2021** are VACATED.

DATED this 21st day of October, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge