IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00053-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ETHAN COLLINS,

        Defendant.

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To:     The clerk of court and all parties of record

        I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 31st day of January 2022.

                                        COLE FINEGAN
                                        United States Attorney

                                        s/ *Laura B. Hurd*
                                        Laura B. Hurd
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        1801 California Street, Suite 1600
                                        Denver, Colorado 80202
                                        Telephone: 303-454-0100
                                        Fax: 303-454-0405
                                        Email: laura.hurd@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of January 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

      s/ *Sheri Gidan*
      FSA Records Examiner
      Office of the U.S. Attorney