IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00053-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ETHAN COLLINS,

    Defendant.

_____

### PRELIMINARY ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the *United States' Motion for Preliminary Order of Forfeiture,* pursuant to 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2. The Court having read said Motion and being fully advised in the premises finds:

THAT on February 17, 2021, an Indictment was filed charging defendant Ethan Collins in Counts One, Two, and Three with violations of 26 U.S.C. §§ 5841, 5861(d), and 5871; and in Counts Four, Five, and Six with violations of 26 U.S.C. §§ 5842, 5861(i), and 5871;

THAT the Indictment also included a forfeiture allegation pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c);

THAT on November 23, 2021, defendant Ethan Collins entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c); and

THAT the requisite nexus exists between the silencer located on the bookshelf in the defendant's home on January 29, 2021 and Count One, a violation of 26 U.S.C. § 5861(d), to which defendant Ethan Collins has pleaded guilty.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the *United States' Motion for Preliminary Order of Forfeiture* is GRANTED;

THAT defendant Ethan Collins's interest in the silencer located on the bookshelf in the defendant's home on January 29, 2021, is forfeited to the United States in accordance with 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c);

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), in which all interests will be addressed;

THAT the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings; and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this \_\_\_\_ day of _____ 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge