IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00053-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ETHAN JEFFREY COLLINS,
    *a/k/a Ethan Collins,*

        Defendant.

## SENTENCING EXHIBIT TABLES

The defendant, Ethan Jeffrey Collins ("Mr. Collins"), by and through undersigned counsel, David Kraut, respectfully submits the following tables of materials submitted in connection with sentencing.

**Table 1: Exhibits to Presentence Investigation Report, ECF 55**

| Label | Description | Date |
|---|---|---|
| Ex. A; ECF 55-1 | United States Probation Office Sentencing Recommendation | Jan. 7, 2022 |
| Ex. B; ECF 55-2 | Letter from Maya Rake, Clinical Social Worker | Dec. 27, 2021 |
| Ex. B; ECF 55-2 | Letter from Laura Truesdale, Clinical Social Worker | Dec. 21, 2021 |
| Ex. B; ECF 55-2 | Letter from Dr. Matt McKeithan, PsyD. | |
| Ex. B; ECF 55-2 | Letter from Jason Finkbeiner, SC Avionics | Nov. 15, 2018 |
| Ex. B; ECF 55-2 | Letter from Gary Shull, Shull Heating & Air, LLC | Dec. 13, 2021 |
| Ex. B; ECF 55-2 | Letter from Rosemary Fitts, The Fitts Company | Dec. 10, 2021 |
| Ex. B; ECF 55-2 | Letter from Jesse Sturgess, Sturgess Customs, LLC | |

| Ex. B; ECF 55-2 | Letter from Ralph Corduan, Honey Do Company, LLC | Dec. 10, 2021 |
|---|---|---|
| Ex. C; ECF 55-3 | Forensic Neuropsychological Evaluation Report, Dr. Helena Huckabee, PhD. | Sept. 15, 2021 |

**Table 2: Exhibits to Mr. Collins' Objection and Responses Presentence Report, ECF 56**

| Label | Description | Date |
|---|---|---|
| Ex. A; ECF 56-1 | Def. Investigator Interview Memorandum – Kelvin Collins | Jan. 6, 2022 |
| Ex. B; ECF 56-2 | Search Warrant Video | Jan. 29, 2021 |
| Ex. C; ECF 56-3 | FBI 302 re: Communication between Kelvin Collins and TFO Garard | Feb. 9, 2021 |
| Ex. D; ECF 56-4 | FBI Laboratory Report – Latent Prints | Mar. 15, 2021 |

**Table 3: Attachment to Government's Response to Mr. Collins' PSR Objection, ECF 58**

| Label | Description | Date |
|---|---|---|
| ECF 58-1 | FBI Laboratory Report & Photos – Firearms/Toolmarks | Apr. 5, 2021 |

**Table 4: Exhibit to Mr. Collins' Motion for Non-Guideline Sentence, ECF 59**

| Label | Description | Date |
|---|---|---|
| Ex. A; ECF 59-1 | Emails between defense counsel and Dr. Becki Boatwright, PhD. | Jan. 19, 2022 |

**Table 5: Exhibits to Addendum to Final Presentence Report, ECF 65-1**

| Label | Description | Date |
|---|---|---|
| Ex. A | Letter from Max and Lora Collins (Parents) | Sep. 26, 2021 |
| Ex. B | Letter from Trent Collins (Brother) | |
| Ex. C | Letter from Manike Pipkin (Sister) | Nov. 17, 2021 |
| Ex. D | Letter from Jon Pipkin (Brother-in-Law) | |
| Ex. E | Email and Photo from Trent Collins (Brother) | Apr. 25, 2021 |
| Ex. F | Letter from Esther Collins (Aunt) | Sep. 29, 2021 |
| Ex. G | Letter from Mark Collins (Uncle) | |

| Ex. H | Letter from Cathy Hoskins (Aunt) | Sep. 22, 2021 |
| --- | --- | --- |
| Ex. I | Letter from Jaimie Rudder (Aunt) | |
| Ex. J | Letter from Lyle Shamo (LDS Mission President) | |
| Ex. K | Letter from Walter Martin (Aerobridge Field Director) | Oct. 12, 2021 |
| Ex. L | Letter from Jason Finkbeiner (Former & Prospective Employer) | Oct. 1, 2021 |
| Ex. M | Letter from Rocco Del Priore (Bishop & Boy Scout Leader) | Oct. 10, 2021 |
| Ex. N | Letter from Chris Powers (Family Friend) | |
| Ex. O | Letter from Greg Sidom (Family Friend) | Sep. 18, 2021 |
| Ex. P | Letter from Christiaan Mestler (Family Friend) | |
| Ex. Q | Letter from Duriya Dalal (Neighbor and Family Friend) | |
| Ex. R | Letter from Viv Young (Godmother and Family Friend) | |
| Ex. S | Def. Interview Memorandum & Photo – Gavin Mortonegg | May 20, 2021 |
| Ex. T | Photograph – Mr. Collins and Parents | |

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:     (303) 294-7002
FAX:              (303) 294-1192
Email:            David_Kraut@fd.org
Attorney for Defendant

3

CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2022, I filed the foregoing **SENTENCING EXHIBIT TABLES** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Andrea Lee Surratt, Assistant United States Attorney
E-mail:  andrea.surratt@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Ethan Collins (via U.S. mail)

*s/ David Kraut*
DAVID KRAUT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:    (303) 294-7002
FAX:          (303) 294-1192
Email:        David_Kraut@fd.org
Attorney for Defendant

4