IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-53-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ETHAN COLLINS,

    Defendant.

## GOVERNMENT'S RULE 48 MOTION TO DISMISS COUNTS

    The United States of America, by and through undersigned counsel, and in accordance with the plea agreement in this matter, hereby files the Government's Fed. R. Crim. P. 48(a) Motion to Dismiss Counts as to defendant ETHAN COLLINS in the above-captioned matter.  As grounds therefore, the Government respectfully states to the Court as follows:

    1.    On November 23, 2021, the defendant pled guilty to Count One of Indictment 21-cr-53-RM pursuant to the terms enumerated in a written plea agreement. [ECF #52].  Sentencing is scheduled for March 3, 2022.  [ECF #67].

    2.    In accordance with the negotiated terms as contained within the plea agreement, the Government moves to dismiss the remaining count of the Indictment as to this defendant.

3. The Government respectfully requests that the Court grant the Government's Motion to Dismiss immediately following the imposition of sentence and entry of judgment of conviction as to the defendant.

WHEREFORE, as outlined herein, the United States respectfully moves for the dismissal of the remaining count of the Indictment as to defendant ETHAN COLLINS at the time of sentencing in the above-captioned matter.

Respectfully submitted this 2nd day of March, 2022.

        COLE FINEGAN
        United States Attorney

By:    *s/ Andrea Surratt*
        Andrea Surratt
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California St., Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        e-mail: Andrea.Surratt@usdoj.gov