IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt<br>Probation: Michelle Means | Date: March 3, 2022<br>Interpreter: n/a |

**CASE NO. 21-cr-00053-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Andrea Surratt |
| Plaintiff, | |
| v. | |
| 1. ETHAN JEFFREY COLLINS, | David Kraut |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:** 9:00 a.m.

Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on November 23, 2021, to Count 1 of the Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

**ORDERED:** Government's Motion Pursuant to U.S.S.G. § 3E1.1(b) (Doc. 69) is GRANTED.

Argument given regarding sentencing.

**Court in recess:** 10:38 a.m.
**Court in session:** 10:54 a.m.

Further argument given regarding sentencing.

Defendant addresses the Court.

Statement by the Court regarding the defendant's offense level, criminal history level, and sentencing guidelines range.

The Court states its findings and conclusions.

**ORDERED:**  Defendant's motion (Doc. 59) is DENIED.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, ETHAN JEFFREY COLLINS, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **18 months.**

**ORDERED:**  Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **three (3) years.**

**ORDERED:**  While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this Court, and the special conditions of supervised release as stated on the record.

**ORDERED:**  Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed, because the defendant has no ability to pay a fine.

Defendant is advised of his right to appeal the sentence imposed by the Court.

**ORDERED:**  Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**ORDERED:**  Government's Rule 48 Motion to Dismiss Counts (Doc. 68) is GRANTED.

**Court in recess:**   12:00 p.m.
Total time:                2:44
Hearing concluded.