IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00053-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ETHAN COLLINS,

        Defendant.

_____

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE**
_____

COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Laura B. Hurd, and moves this Court to enter a Final Order of Forfeiture in this case pursuant to 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure. In support thereof, the United States submits the following:

    1.    On February 17, 2021, an Indictment was filed charging defendant Ethan Collins in Counts One, Two and Three, with violations of 26 U.S.C. §§ 5841, 5861(d), and 5871; and in Counts Four, Five and Six, with violations of 26 U.S.C. §§ 5842, 5861(i), and 5871. The United States also sought forfeiture, pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), of any and all firearms involved in the commission of the offenses. (ECF Doc. 4).

2.	On November 23, 2021, defendant Ethan Collins entered into a Plea Agreement. The Plea Agreement provides, *inter alia*, that the defendant plead guilty to Count One, a violation of 26 U.S.C. § 5861(d), and further agreed to the forfeiture of the silencers taken from the defendant's home on January 29, 2021.  (ECF Doc. 53, p. 4-5).

3.	On January 31, 2022, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States any and all of defendant Ethan Collins' right, title and interest in the silencer located on the bookshelf in the defendant's home on January 29, 2021.  (Doc. 63).

4.	The Preliminary Order of Forfeiture further directed the United States to seize the subject property and to publish notice of the forfeiture.

5.	Accordingly, the United States properly published notice of the forfeiture, via an official government internet website for thirty consecutive days from February 1, 2022 to March 2, 2022, consistent with Federal Rule of Criminal Procedure 32.2(b)(6)(C).  The deadline to file a petition based on publication was April 2, 2022.

6.	Federal Rule of Criminal Procedure 32.2(b)(6)(A) also requires that the government send notice to "any person who reasonably appear to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding." The United States is unaware of any such potential claimants with standing.

7.	No Verified Statement of Interest or Petition to the United States of America for Ancillary Hearing has been filed by any third parties within the time period set forth in the publication notice. Therefore, any third party is barred by their failure to timely file a petition asserting an interest in the property to be forfeited.

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture tendered, herewith, in accordance with 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure, for the silencer located on the bookshelf in the defendant's home on January 29, 2021.

DATED this 30th day of June 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/*Laura B. Hurd*
Laura B. Hurd
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone (303) 454-0100
E-mail: laura.hurd@usdoj.gov
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

*s/Sheri Gidan*
FSA Records Examiner
Office of the U.S. Attorney