## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Case No. 21-cr-00053-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     ETHAN COLLINS,

        Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture (ECF No. 73).  The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), as set forth in the Indictment returned on February 17, 2021;

THAT a Preliminary Order of Forfeiture was entered on January 31, 2022;

THAT all known interested parties were provided an opportunity to respond and that publication has been completed as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition has expired on April 2, 2022;

THAT no Petition for Ancillary Hearing has been filed by any petitioner; and

THAT it further appears there is cause to issue a forfeiture order under 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT the United States' Motion for Final Order of Forfeiture is GRANTED;

THAT judgment of forfeiture for the silencer located on the bookshelf in the defendant's home on January 29, 2021, shall enter in favor of the United States pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), free from the claims of any other party; and

THAT the United States shall have full and legal title to the silencer located on the bookshelf in the defendant's home on January 29, 2021, and may dispose of it in accordance with law.

DATED this 1st day of July, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge