IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No.  21-cr-00053-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ETHAN COLLINS,

    Defendant.

_____

## ORDER
_____

    This matter is before the Court on the Limited Motion to Unrestrict Documents (ECF No. 76) filed by the government in this matter.  The Court has reviewed the matter and determined that the motion should be and is GRANTED.

    The government is hereby authorized to disclose ECF Nos. 21 and 60 (including all exhibits) to the Transportation Security Administration ("TSA").  The authorization herein is for use in those proceedings as described in the motion and conditioned on TSA designating and protecting the records in the manner disclosed in the motion.

    DATED this 2nd day of November, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge